160 A.3d 693

MARGO S. ARDAN, PETITIONER, v. BOARD OF REVIEW, DE-
PARTMENT OF LABOR AND WORKFORCE DEVELOPMENT,
AND LOURDES MEDICAL CENTER OF BURLINGTON COUN-
TY, INC., RESPONDENTS, AND ALLIANCE HEALTHCARE.

February 2, 2017

CORRECTED ORDER ON PETITION FOR CERTIFICA-
TION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005826–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is granted.

160 A.3d 693

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ANDRE HERD, DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004582–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is granted,
and the matter is summarily remanded to the Superior Court,
Law Division, for resentencing in light of this Court's holding in
*State v. Zuber*, 224 *N.J.* 526, 152 *A.*3d 197 (2017). Jurisdiction is
not retained.